Briefs will be filed under Rule 25.

No. 17–0087/AR. U.S. v. Jameson T. Hazelbower. CCA 20150335. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

   I. WHETHER, IN A COURT–MARTIAL TRIED BY MILITARY JUDGE ALONE, THE MILITARY JUDGE ABUSED HIS DISCRETION BY GRANTING THE GOVERNMENT'S MOTION TO USE THE CHARGED SEXUAL MISCONDUCT FOR MILITARY RULE OF EVIDENCE 413 AND 414 PURPOSES TO PROVE PROPENSITY TO COMMIT THE CHARGED SEXUAL MISCONDUCT.

   II. WHETHER JUDGE PAULETTE V. BURTON AND JUDGE LARSS G. CELTNIEKS, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

Briefs will be filed under Rule 25 on Issue I only.

## Friday, January 13, 2017

No. 16–0727/AF. U.S. v. James W. Richards IV. CCA 38346. On consideration of the motion filed by Major Johnathan D. Legg to withdraw as detailed military counsel, it is ordered that said motion is hereby granted.

No. 17–0068/AF. U.S. v. Andre K. Lewis. CCA 38671. Appellant's motion for leave to file a joint appendix is granted.

No. 17–0156/AF. U.S. v. Joseph R. Scher. CCA S32329. On consideration of Appellant's motion to attach documents and Appellee's motion to for leave to file a 10–day answer letter out of time, it is ordered that said motions are hereby denied.